Ida M. Hinkle, appellee, v. Block & Kuhl Company, appellant. Gen. No. 8,228.

Heard in this court at the May term, 1930. Opinion filed September 30, 1930. Rehearing denied December 5, 1930.

Miller, Elliott & Westervelt, for appellant; Frank T. Miller and Clair Westervelt, of counsel. John E. Cassidy, for appellee.

Mr. Justice Jones delivered the opinion of the court.